Certificate Number: 05781-GAS-DE-041407829

Bankruptcy Case Number: 26-20283

05781-GAS-DE-041407829

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2026, at 8:31 o'clock AM PDT, Jamire Smith completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: September 4, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President